IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:25-CR-26-CAR-CHW |
| ISRAEL MIRANDA-LICONA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER ON DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**

Before the Court is Defendant Israel's Miranda-Licona's Unopposed Motion to Continue [Doc. 17] the pretrial conference scheduled for August 12, 2025, and the trial, which is set to begin August 25, 2025, in Macon, Georgia. On June 10, 2025, the Grand Jury returned a one-count indictment charging Defendant with Illegal Reentry. On August 4, 2025, Defendant was arrested, and on August 5, 2025, Defendant was appointed counsel, pled not guilty at his initial appearance, and was ordered detained pending trial. This case has not been previously continued, and the government does not oppose this request for a continuance.

Defendant counsel represents the government's discovery is not due until September 4, 2025, and additional time is needed to receive and review the government's discovery, meet with Defendant about the case, conduct defense investigations, and discuss potential plea negotiations with the government, if warranted. Having

1

considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court **GRANTS** Defendant's Unopposed Motion to Continue [Doc. 17], and **HEREBY ORDERS** that this case be continued until November 3, 2025, the undersigned's next regularly-scheduled term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 11th day of August, 2025.

                                          s/ C. Ashley Royal_____
                                          C. ASHLEY ROYAL, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT